■ J. W. CLEMENT COMPANY, Appellant, v. CITY OF BUFFALO, Respondent. (Appeal No. 1.) — Judgment and order unanimously vacated without costs. This appeal is academic in view of the reversal of the judgment in *Clement Co.* v. *City of Buffalo* (46 A D 2d 994). (Appeal from part of amended judgment and from order of Erie Trial Term in condemnation proceeding.) Present — Marsh, P. J., Witmer, Cardamone, Simons and Del Vecchio, JJ.